# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CAROLYN WENDY HERZ,

      Plaintiff,

      vs.

ROBERT RIFKIN, UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF INDIANA,
UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF INDIANA, JOSEPH CLEARY, ASCENSION
HEALTH, INC., SANJAY MISHRA, DOUGLAS CARTER,
as Superintendent of Indiana State Police, JOHN HANLEY,
RICHARD SCHREINER, LESLIE PAGE, JACQUELINE
REEDY, and JONATHAN ADLAND,

      Defendants.

CASE NO: 1:18-cv-02120-WTL-MPB

## **NOTICE OF APPEARANCE**

To:    The Clerk of this Court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Ascension Health, Inc., Sanjay Mishra and Jonathan Adland

Date: July 24, 2018

s/ Laura K. Binford
Laura K. Binford, Attorney No. 15280-49A
RILEY BENNETT EGLOFF LLP
Fourth Floor
141 E. Washington Street
Indianapolis, IN  46204
*Address*

lbinford@rbelaw.com
*e-mail address*

(317) 636-8000
*Telephone number*

(317) 636-8027
*FAX number*

{01542992- }

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2018, a copy of the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system, and was sent to the following counsel of record by way of the CM/ECF system and/or U.S. Mail:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN  46268

Shelese M. Woods
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN  46204
shelese.woods@usdoj.gov

Ryan J. Sterling
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Ryan.Sterling@atg.in.gov

s/ Laura K. Binford
Laura K. Binford

LKB/7223.154/LKN

{01542992- }

2