UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROLYN WENDY HERZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:18-cv-02120-WTL-MPB |
| | ) | |
| ROBERT RIFKIN, UNITED STATES | ) | |
| DISTRICT COURT FOR THE | ) | |
| SOUTHERN DISTRICT OF INDIANA, | ) | |
| UNITED STATES DISTRICT COURT | ) | |
| FOR THE NORTHERN DISTRICT OF | ) | |
| INDIANA, JOSEPH CLEARY, | ) | |
| ASCENSION HEALTH, INC., SANJAY | ) | |
| MISHRA, DOUGLAS CARTER, as | ) | |
| Superintendent of Indiana State Police, | ) | |
| JOHN HANLEY, RICHARD SCHREINER,) | | |
| LESLIE PAGE, JACQUELINE REEDY, | ) | |
| and JONATHAN ADLAND, | ) | |
| | | |
| Defendants. | | |

## NOTICE OF INITIAL EXTENSION OF TIME

Come now Defendants, Ascension Health, Inc., Sanjay Mishra and Jonathan Adland (collectively referred to herein as "Defendants"), by counsel, pursuant to S.D. Ind. L. R. 6.1(a), and give notice of an initial extension of twenty-eight (28) days within which to respond to Plaintiff's Complaint as follows:

1.       On July 18, 2018, the Court entered its Order to Show Cause and to Stay Proceedings.

2.       Due to the Stay of Proceedings, it is Defendants' understanding a responsive pleading is not required until and unless the Stay is lifted and Plaintiff is permitted by the Court to

{01543042- }

move forward with her action.  Nevertheless, to protect the record, Defendants are filing with the Court their Notice of Initial Extension of Time to respond to Plaintiff's Complaint.

3.       A response by Defendants to Plaintiff's Complaint would otherwise be due to be filed and served on July 24, 2018.

4.       Counsel for Defendants does not know if Plaintiff objects to an initial extension of twenty-eight (28) days for the Defendants to respond to Plaintiff's Complaint.

5.       Defendants' response to Plaintiff's Complaint therefore shall be filed and served on or before August 21, 2018.

RILEY BENNETT EGLOFF LLP


s/ Laura K. Binford
Laura K. Binford
Atty. No. 15280-49A
Attorney for Defendants,
Ascension Health, Inc., Sanjay Mishra and
Jonathan Adland

RILEY BENNETT EGLOFF LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)
lbinford@rbelaw.com

{01543042- }

2

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2018, a copy of the foregoing *Notice of Initial Extension of Time* was electronically filed with the Clerk of Court using the CM/ECF system, and was sent to the following counsel of record by way of the CM/ECF system and/or U.S. Mail:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN  46268

Shelese M. Woods
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN  46204
shelese.woods@usdoj.gov

Ryan J. Sterling
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Ryan.Sterling@atg.in.gov

s/ Laura K. Binford
Laura K. Binford

LKB/7223.154/LKN

{01543042- }

3